KIRKLAND v. ELLIS

No. 351PA98

Case below: 130 N.C.App. 341

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998.

KOONTZ v. DAVIDSON COUNTY BD. OF ADJUST.

No. 401P98

Case below: 130 N.C.App. 479

Motion by respondent (Davidson County Board of Adjustment) for temporary stay allowed 17 September 1998.

MARK IV BEVERAGE, INC. v. MOLSON BREWERIES USA, INC.

No. 243P98

Case below: 129 N.C.App. 476

Petition by defendants (Molson, Miller, and Martlet) for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

PATTERSON v. CHINA GROVE TEXTILES

No. 370P98

Case below: 130 N.C.App. 341

Motion by defendants (China Grove and Travelers) for temporary stay denied 16 September 1998. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 16 September 1998.

R. E. CARROLL CONSTR. CO. v. ROBERTS

No. 280P98

Case below: 129 N.C.App. 844

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.